GUERRA, PETICIONARIO Y APELANTE, v. COMISIÓN DE INDEMNI-
ZACIONES A OBREROS, DEMANDADA Y APELADA.

APELACIÓN procedente de la Corte de Distrito de San Juan,
Sección Primera, en pleito de *certiorari.*

No. 2233.—Resuelto en mayo 27, 1921, por los fundamentos del caso No. 2232.
*Guerra v. Comisión de Indemnizaciones a Obreros,* de mayo 27, 1921.

> *Revocada la sentencia y ordenada la devolu-*
> *ción del caso por la corte inferior a la Co-*
> *misión demandada.*

Jueces concurrentes: Sres. Presidente Hernández y Aso-
ciados Wolf, del Toro, Aldrey y Hutchison.